6. Whether, as a matter of law, the Plaintiff is barred by the three-year statute of limitation for bringing any claims for breach of fiduciary duty prior to November 5, 2000 (three years prior to the date of this Complaint). Under Connecticut law, the time period for bringing suit begins to run from the time of the act or occurrence and cannot be tolled. Conn. Gen. Stat. § 52-577.

7. Whether the Plaintiff's claims are barred under the three-year statutes of limitations for oral contracts.

8. Whether the Plaintiff is entitled to an instruction of the six-year statute of limitation for written agreements, as there has been no claim of any writing evidencing or memorializing this alleged agreement.

9. Whether the Plaintiff's failure to plead fraudulent concealment, as required by Connecticut law as an affirmative reply to the Defendants' special defenses, constitutes a waiver of any claim of tolling of the statute of limitations based on fraudulent concealment. See Beckenstein v. Potter & Carrier, Inc., 191 Conn. 150, 163 (1983).

10. If the Plaintiff is allowed to toll the statute of limitations, whether the plaintiff has any evidence to satisfy his burden of proof by clear, precise and unequivocal evidence that the defendants were aware of facts necessary to establish a cause of action and intentionally concealed such facts from the Plaintiff. Connell v. Colwell, 214 Conn. 242, 250 (1990); Beckenstein v. Potter & Carrier, Inc., 191 Conn. 150, 163, 464 A.2d 18 (1983).

11. Whether the Plaintiff's claims are barred by the statute of frauds as the plaintiff has admitted that the alleged partnership was contemplated to last at least 3 years and there is no writing evidencing said agreement. Under Connecticut statute, "No civil action may be maintained in the following cases unless the agreement is in writing and signed by the party, or the agent of the party, to be charged: . . . (5) upon any agreement that is not to be performed within one year from the making thereof; . . ."C.G.S. § 52-550(a).

9.  **VOIR DIRE QUESTIONS.**

See attached Exhibit A.

10. **LIST OF WITNESSES.**

   A.  **Plaintiff's Witness List.**

   Frank M. Keaney
   1877 Calusa Court
   Marco Island, Florida

      Brendan Lynch
      5 Hyatt Lane
      Westport, Connecticut

      Barry Williams
      19 Rockland Street
      Old Greenwich, Connecticut

      Vincent D. Luccitelli, CPA, CFP
      Tonneson & Co., Inc.
      401 Edgewater Place
      Wakefield, Massachusetts

  **B.** **Defendants' Witness List.**

- Brendan Lynch; 20 Old Hill Road, Westport, Connecticut
- Barry Williams; 19 Rockland Street, Old Greenwich, Connecticut
- Philip Bernstein, CPA, 1 Roland Drive, White Plains, New York
- Mark F. Murphy, Esq., 15 Shelley Road, Wellesley, Massachusetts
- Mary Lawson; 1 Roland Drive, White Plains, New York
- Todd Lawless; Milford, Connecticut
- Matthew LePlante; Livingston, New Jersey
- Michael Landau; New York, New York
- Walter Rival; Fairfield, Connecticut
- Sharon Askintowitz; Milford, Connecticut
- Attorney William Andrew Lichtenfels; 29 Water Street Guilford, Connecticut
- Attorney Ronald S. Bergamini; 525 Palmer Ave., Maywood, New Jersey
- Nancy W. Riella, CPA, MBA, CSEP, CVA, 16 Norwich Avenue, Colchester, Connecticut
- Richard J. Pace; 49 Mulberry Lane, New Rochelle, New York
- Kevin Callahan; Citigroup, 00 Stamford Place, Suite 20, Stamford, Connecticut
- Isa LaRue, Wachovia Bank, 215 Cherry Street, Milford, Connecticut
- George Booth, Black Rock Capital. LLC, 110 Chapel Street, Bridgeport, Connecticut
- Neil Garbatini; 655 Tamarack Road, Cheshire, Connecticut
- Charles Cullen; Nicholson Associates, Inc., 395 New Haven Avenue, Milford, Connecticut
- Michael Zervos; New York, New York

**11.** **EXHIBITS.**

1. Agreed Upon Exhibit List. See attached Exhibit B.
2. Plaintiff's Proposed Exhibit List. See attached Exhibit C.

3. Defendant's Proposed Exhibit List. See attached Exhibit D.

**12.  DEPOSITION TESTIMONY.**

    A.    **Raymond Fortune**

        **Agreed To Designations**

| Page | Lines |
|---|---|
| 5 | 7-20; 24-25 |
| 6 | 1-8 |
| 10 | 7-8; 11-25 |
| 11 | 1-25 |
| 12 | 1-8; 17-18; 23-25 |
| 13 | 1-4; 15-17; 25 |
| 14 | 1-7; 17-25 |
| 15 | 5-9 |
| 24 | 21-25 |
| 25 | 1-2 |
| 26 | 13-25 |
| 27 | 1-11; 19-21 |
| 28 | 4; 6-18 |
| 29 | 13-15 |
| 30 | 8-23 |
| 31 | 1-6 |
| 32 | 5-25 |
| 33 | 19-25 |
| 34 | 1-25 |
| 35 | 1-25 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-8; 9-25 |
| 39 | 1-10 |
| 42 | 24-25 |
| 43 | 1-5 |
| 46 | 5-25 |
| 47 | 1-25 |
| 48 | 1-25 |
| 49 | 1-25 |
| 50 | 1-10; 18-24 |
| 53 | 1-14; 16; 20-21; 23-25 |
| 54 | 1-8; 17-25 |
| 55 | 15-25 |
| 56 | 1-25 |

| Page | Lines |
|---|---|
| 57 | 1-25 |
| 58 | 1-12; 16-22; 24-25 |
| 59 | 1-9 |
| 60 | 10-25 |
| 61 | 1-14 |
| 62 | 8-25 |
| 63 | 1-11 |
| 72 | 8-16 |
| 73 | 8-11; 16-25 |
| 77 | 6-25 |
| 78 | 1-4 |
| 81 | 20-25 |
| 82 | 1-13; 21-25 |
| 83 | 1-4 |

**Defendants' Objections to Plaintiff's Designations**

| Page | Lines | Objection |
|---|---|---|
| 54 | 9-16 | Hearsay |
| 59 | 11-13 | Motion to strike, nonresponsive |
| 59 | 14-25 | Hearsay, not clear who did the speaking, so no foundation for any hearsay exception |
| 60 | 1-9 | Same as above |
| 61 | 15-16 | Same as above |
| 61 | 17-19 | Foundation, testimony is to what another thinks |
| 61 | 20-24 | Hearsay |
| 62 | 2-4 | Hearsay |
| 62 | 5-7 | Foundation, testimony is to what another thinks |

**Plaintiff's Objections to Defendants' Designations**

| Page | Lines | Objection |
|---|---|---|
| 22 | 1-13; 16-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See |

15

|    |    |    |
|----|----|----|
|    |    | Rule 403. Irrelevant character evidence not for truthfulness. See Rule 404(a)(3); Rule 608. |
| 23 | 1-3 | Same as above. |
| 39 | 11-25 | Not relevant. Questions to non-party about non-party. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 40 | 20-21 | Not relevant. Questions to non-party about non-party. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 43 | 6-7; 11-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. Irrelevant character evidence not for truthfulness. See Rule 404(a)(3); Rule 608. |
| 61 | 1-7 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 63 | 12-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 64 | 1-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 65 | 1-5; 10-12; 18; 24-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 66 | 1-10; 20; 22-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 67 | 1-5; 20-22; 24 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 68 | 16-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 69 | 1-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 70 | 1-2 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 75 | 16-25 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 76 | 1-3; 6 | Same as above. |
| 78 | 7-15 | Not relevant. Repetitious. Asked and answered. See Rule 401; Rule 402. Prejudicial to Keaney; waste |

|    |          | of time; confusion of issues. See Rule 403. |
|----|----------|---------------------------------------------|
| 81 | 1-8; 12-19 | Not relevant. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. Irrelevant character evidence not for truthfulness. See Rule 404(a)(3); Rule 608. |
| 83 | 5-11     | Not relevant. Speculation. Assuming what another thought. See Rule 401; Rule 402. |
| 83 | 13-15    | Not relevant. Repetitious. Asked and answered. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 83 | 17-25    | Not relevant. Speculation. Assuming what another thought. See Rule 401; Rule 402. |
| 84 | 1-7      | Not relevant. Not responsive. Not evidence. No answer designated. See Rule 401; Rule 402. |
| 87 | 9-14     | Not relevant. Repetitious. Asked and answered. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |

**B.     Mark Murphy.**

The Defendants intend to call Mark Murphy to testify live at trial and will issue an appropriate trial subpoena once a trial date is set. The Plaintiff objects to any testimony by Mr. Murphy that concerns Mr. Keaney's personal finances, as addressed in his *motion in limine*. Accordingly, these areas are noted in the Defendants' designations below.

In the event that the Defendants are unable to compel Mr. Murphy's attendance for any reason, the Defendants will proffer his deposition testimony as follows:

**Agreed To Designations**

Volume I (October 28, 2004)

| Page | Line |
|------|------|
| 4    | 20-21 |
| 5    | 21-24 |
| 6    | 1-24 |
| 7    | 1-2 |
| 8    | 1-8, 16-24 |
| 9    | 1-5, 12-24 |
| 10   | 1-13 |
| 11   | 6-18 |
| 12   | 5-10 |

| | |
|---|---|
| 13 | 3-11 |
| 14 | 4-8; 19-24 |
| 15 | 1 |
| 23 | 21-24 |
| 24 | 1-6 |
| 27 | 1-10 |
| 28 | 22-24 |
| 29 | 1-2 |
| 37 | 1-5, 7-18, 23 |
| 38 | 10-12, 16-19, 21-24 |
| 39 | 1, 4-21 |
| 40 | 8-24 |
| 41 | 1, 3-10, 12-14 |
| 69 | 12-24 |
| 70 | 1-19, 22-24 |
| 71 | 1-4 |
| 79 | 17-18, 21 |
| 84 | 9-13 |
| 85 | 2 |

Volume II (March 3, 2005)

| | |
|---|---|
| 1 | 12, 20-21 |
| 4 | 19-23 |
| 5 | 5-9, 16-20 |
| 9 | 5-18 |
| 10 | 2-8 |
| 12 | 9-23 |

| | |
|---|---|
| 13 | 12-24 |
| 14 | 1-8 |
| 16 | 15-24 |
| 17 | 1-6 |
| 21 | 6-24 |
| 22 | 4-8 |
| 23 | 24 |
| 24 | 1-3, 15-22 |
| 25 | 2-9 |
| 26 | 22-24 |
| 27 | 1-7 |

**Plaintiff's Objections to Defendants' Designations**

VOLUME I

| Page | Lines | Objection |
|---|---|---|
| 25 | 7-24 | See Plaintiff's *Motion in Limine*. |
| 26 | 1-15, 19-24 | Lines 1-15. See Plaintiff's *Motion in Limine*. |
| 33 | 4-24 | Lines 4-8. Not relevant. Not responsive. Not evidence. No answer designated. See Rule 401; Rule 402.<br><br>Lines 20-24. No question answered. Unresponsive. |
| 34 | 1-8, 12-24 | Lines 1; 6-7. Not relevant. Not responsive. Not evidence. No answer designated. See Rule 401; Rule 402.<br><br>Lines 12-24. See Plaintiff's *Motion in Limine*. Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 35 | 1-7, 14-15, 17-20, 24 | See Plaintiff's *Motion in Limine*. Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 36 | 1-3, 5-24 | Lines 1-3; 5-18. Not relevant. Repetitious. Asked and answered. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 47 | 23-24 | Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |

| 48 | 1-6, 9-18, 23-24 | Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
|----|------------------|------------------------------------------------------------------------------------------|
| 49 | 1, 4-22 | Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 57 | 16-20 | See *Motion in Limine*. In addition, not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 58 | 2-8, 18-19, 21-24 | See *Motion in Limine*. In addition, not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 59 | 21-24 | See *Motion in Limine*. Not relevant. Not responsive. Not evidence. No answer designated. See Rule 401; Rule 402. |
| 60 | 15-24 | See *Motion in Limine*. In addition, not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 61 | 1-2 | See *Motion in Limine*. In addition, not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 77 | 6-10, 13-24 | See *Motion in Limine*. In addition, not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 78 | 1-3 | Same as previous. |
| 86 | 23-24 | Not relevant. Questions to non-party about non-party. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 87 | 1-2, 6 | Not relevant. Questions to non-party about non-party. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 88 | 2-7 | Not relevant. Questions to non-party about non-party. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 89 | 18-24 | Not relevant. Questions to non-party about non-party. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 90 | 6-22 | Not relevant. Questions to non-party about non-party. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |

VOLUME II

| Page | Lines | Objection |
|---|---|---|
| 14 | 19-24 | Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 15 | 1 | Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 33 | 10-24 | Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 34 | 1-21 | Not relevant. Repetitious. Asked and answered. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 33 | 10-24 | Not relevant. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 34 | 1-21 | Not relevant. Repetitious. Asked and answered. See Rule 401; Rule 402. Prejudicial to Keaney; waste of time; confusion of issues. See Rule 403. |
| 35 | 12-24 | Not relevant. No claim Keaney was stockholder. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 36 | 1-6 | Not relevant. No claim Keaney was stockholder. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 37 | 17-24 | Not relevant. No claim Keaney was stockholder. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |
| 38 | 1-2, 13-16 | Not relevant. No claim Keaney was stockholder. See Rule 401; Rule 402. Waste of time; confusion of issues. See Rule 403. |

**Defendant's Objections to Plaintiff's Cross-Designations**

VOLUME II

| Page | Lines | Objection |
|---|---|---|
| 14 | 9-18 | Hearsay; relevancy. |
| 15 | 14-24 | Hearsay; relevancy. |
| 16 | 1-4 | Hearsay; relevancy. |
| 22 | 15-24 | Hearsay; relevancy. |

13. **REQUESTS FOR JURY INSTRUCTIONS.**

    A. **Plaintiff's Proposed Jury Instructions.**

        See attached Exhibit E.

    C. **Defendants' Proposed Jury Instructions.**

        See attached Exhibit F.

14. **ANTICIPATED EVIDENTIARY PROBLEMS.**

    A. **Plaintiff's Anticipated Evidentiary Problems.**

        The Plaintiff makes the following motion *in limine* and submits a motion and memorandum of law in support of this motion, which are attached as Exhibits G:

        1) Motion *in limine* to preclude argument, interrogation or the introduction of evidence of Keaney's personal life, including his previous litigation, medical history, drinking habits, personal contact information and financial information.

    B. **Defendants' Anticipated Evidentiary Problems.**

        The Defendants attach the following motions *in limine* on the following subject matters:

        1) Admissibility of (1) Level of the Plaintiff's Business and Financial Sophistication; and, (2) Plaintiff's Prior Litigation Arising Out of Alleged Oral Agreements;
        2) Admissibility of *Madison Remarking* deposition transcripts; and
        3) Admissibility of the designated "Miscellaneous documents."

        and submit motions and memoranda of law in support of these motions, which are attached as Exhibits H (a through c).

15. **PROPOSED FINDINGS AND CONCLUSIONS.**

    This is a jury case; therefore, no proposed findings and conclusions are required.

16. **TRIAL TIME.**

    Five to seven full trial days.

17. **FURTHER PROCEEDINGS.**

    None necessary.

18.  **ELECTION FOR TRIAL BY MAGISTRATE.**

The parties do not agreed to have the case tried by a United States Magistrate.

Respectfully submitted,

| | |
|---|---|
| FRANK M. KEANEY, | BRENDAN LYNCH and<br>BARRY WILLIAMS, |
| By his attorneys, | By their attorneys, |
| /s/ Evan T. Lawson | /s/ Ann Grunbeck Monaghan |
| Evan T. Lawson (ct12214)<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA  02210<br>(617) 439-4990<br>elawson@lawson-weitzen.com | Ann Grunbeck Monaghan (ct16745)<br>Gould, Gillin & Monaghan, PC<br>222 Old Boston Post Road<br>Old Saybrook, CT  06475<br>(860) 388-0876<br>amonaghan@gouldgillin.com |
| Robert E. Kaelin (ct11631)<br>Murtha, Cullina, Richter and Pinney<br>Cityplace I, 185 Asylum Street<br>Hartford, CT 06103-3469<br>(860) 240-6036 | Jeffrey Beeler (ct26235)<br>Heinlein & Beeler, PC<br>207 Union Street<br>S. Natick, MA  01760<br>(508) 655-8700 |