**United States District Court**
DISTRICT OF CONNECTICUT

---

FRANK M. KEANEY
Plaintiff,

v.

EASTERN COMPUTER EXCHANGE, INC.,
BRENDAN LYNCH, individually,
and
BARRY WILLIAMS, individually,
Defendants.

---

December 18, 2006              3:03 CV 1893 (RNC)

**VOIR DIRE QUESTIONS**

---

The plaintiff Frank M. Keaney ("Keaney") and the defendants Brendan Lynch ("Lynch") and Barry Williams ("Williams") hereby submit the following voir dire questions to be submitted to the jury panel.

**Introduction**

In the trial of this case, the parties are entitled to have a fair, unbiased and unprejudiced jury. If there is any reason why any of you might not be able to render a fair verdict, you must disclose that reason to the Court. It is your duty to answer each question put to you as honestly as you can, and to disclose any reasons why you may not be able to render a fair verdict in this case. Likewise, if you have any questions or concerns about whether you will be able to render a fair verdict, please make those facts known to the Court.

You and I have different roles in the trial. My role is to instruct you on the law applicable to the case, and your responsibility is to determine the facts based on the evidence and then to apply the law I give you to the facts you find in order to reach a verdict. It is your job to

determine the credibility of the witnesses and evidence using your own common sense and life experiences and to make up your mind as to who is truthful. If you are selected as a juror, you must follow the law as I state it. You cannot substitute your own ideas of what the law ought to be if that differs from what the law actually is. You must apply the law as I explain it to you.

**Parties**

1. Do you know, or are you related, to any of the attorneys, the plaintiff, the defendants or any of the proposed witnesses on the case?
2. Have you or any member of your family, or any close acquaintance of yours, ever been employed by or done business with Eastern Computer Exchange, Inc. or Eastern Computer Exchange, Ltd.?
3. Will service on this jury cause you any hardship whether with your employer, personal, or child care responsibilities?

**Bias**

4. Do you have any interest in this case or its outcome?
5. You have just heard a short summary of the case. Prior to hearing anything further, have you formed any opinions as to any issue or the outcome of this case? Do you have any bias or prejudice in regard to this case that might affect its outcome? By bias or prejudice, I mean, do you favor either side or oppose either side for any reason whatsoever.

**General**

6. Have you or any member of your immediate family ever entered into an oral agreement?

7. Do you have any bias or prejudice in regard to oral agreements?

8. Have you, any members of your family, or close friends ever filed a lawsuit or complaint? If yes, please explain the circumstances?

9. Have you, members of your family, or close friends ever been sued by anyone or been threatened with a lawsuit? If yes, please explain the circumstances?

10. Have you ever testified in a trial or ever given a deposition? If yes, please explain.

11. Have you ever been in a situation where you could have brought a lawsuit against someone but chose not to?

12. Have you ever owned your own business? If yes, please explain?

13. Have you, any members of your family, or close friends ever worked in the computer storage industry or in computer sales? If yes, please explain?

**Burden of Proof**

14. Do you realize that there are two sides to every case? Will you keep an open mind and listen to all the evidence in this case before coming to any conclusions?

Respectfully submitted,

| | |
|---|---|
| FRANK M. KEANEY, | BRENDAN LYNCH and<br>BARRY WILLIAMS, |
| By his attorneys, | By their attorneys, |
|   **/s/ Evan T. Lawson**   |   **/s/ Ann Grunbeck Monaghan**  . |
| Evan T. Lawson (ct12214)<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA  02210<br>(617) 439-4990<br>elawson@lawson-weitzen.com | Ann Grunbeck Monaghan (ct16745)<br>Gould, Gillin & Monaghan, PC<br>205 Old Boston Post Road<br>Old Saybrook, CT  06475<br>(860) 388-0876<br>amonaghan@gouldgillin.com |
| Robert E. Kaelin (ct11631)<br>Murtha, Cullina, Richter and Pinney<br>Cityplace I, 185 Asylum Street<br>Hartford, CT 06103-3469<br>(860) 240-6036 | Jeffrey Beeler (ct26235)<br>Heinlein & Beeler, PC<br>207 Union Street<br>S. Natick, MA  01760<br>(508) 655-8700 |