**United States District Court**
DISTRICT OF CONNECTICUT

FRANK M. KEANEY
Plaintiff,

v.

December 18, 2006                    **3:03 CV 1893 (RNC)**

EASTERN COMPUTER EXCHANGE, INC.,
BRENDAN LYNCH, individually,
and
BARRY WILLIAMS, individually,
Defendants.

**PLAINTIFF'S PROPOSED EXHIBIT LIST**

The plaintiff, Frank M. Keaney, hereby submits the following proposed exhibits:

A. Frank Keaney's business card with Eastern Computer Exchange, Inc.

B. Deposition of Barry Williams, dated October 7, 1999, from *Madison Remarketing, Inc. v. EMC Corporation*, U.S. District Court for the Southern District of New York.

C. Deposition of Brendan Lynch, dated October 12, 1999, from *Madison Remarketing, Inc. v. EMC Corporation*, U.S. District Court for the Southern District of New York.

D. Deposition of Frances M. Keaney, dated October 7, 1999, from *Madison Remarketing, Inc. v. EMC Corporation*, U.S. District Court for the Southern District of New York.

E. Check number 5038 dated 8/20/2003 from Eastern Computer Exchange, Inc. to FMK Associates in the amount of $50,000 with notation "Stop Payment Do Not Redeposit".

F. Returned Deposited Item Notice from Fleet Bank to FMK Associates, Inc.

G. Page 104 from "Eastern OLD General Ledger As of September 30, 1998".

H. Pages 141-142 from "Eastern OLD General Ledger As of September 30, 1999".

I.   Page 57 from "Eastern Computer Exchange, Inc. General Ledger As of September 30, 2000".

J.   Page 133 from "Eastern Computer Exchange, Inc. General Ledger As of September 30, 2001".

K.   Page 102 from "Eastern Computer Exchange, Inc. General Ledger As of September 30, 2002".

L.   Page 212 from "Eastern Computer Exchange, Inc. General Ledger As of September 30, 2002".

M.   Page 189 from "Eastern Computer Exchange, Inc. General Ledger As of September 30, 2003".

N.   General Ledgers of Eastern Computer Exchange, Inc. from 2000 to 2003.

O.   General Ledgers of Eastern Computer Exchange, Inc. from October 1996 to March 2000.

P.   Transcript of "Civil Cause for Hearing on Motion for Contempt Before the Honorable Mark D. Fox United States Magistrate Judge" dated April 14, 2005 from *Madison Remarketing, et al. v. EMC Corporation*, U.S. District Court for the Southern District of New York, Civil Action No.: 99-cv-2026 (CLB).

Q.   Report Submitted by Vincent D. Luccitelli, CPA, CFP, dated March 24, 2005.

R.   First Supplement dated April 14, 2005 to Report Submitted by Vincent D. Luccitelli, CPA, CFP, dated March 24, 2005.

S.   Miscellaneous correspondence.

T.   Barry Williams' U.S. Individual Income Tax Returns from 1996 to 2003.

U.   Form W-2 Wage and Tax Statements from Eastern Computer Exchange, Inc. to Barry Williams from 1996 to 2003.

V.  Brendan Lynch's U.S. Individual Income Tax Returns from 1996 to 2003.

W.  Form W-2 Wage and Tax Statements from Eastern Computer Exchange, Inc. to Barry

Williams from 1996 and 1999 to 2003.

Respectfully submitted,

FRANK M. KEANEY,
By his attorneys,

__/s/ Evan T. Lawson_____.
Evan T. Lawson (ct12214)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
(617) 439-4990
elawson@lawson-weitzen.com

Robert E. Kaelin (ct11631)
Murtha, Cullina, Richter and Pinney
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3469
(860) 240-6036