# EXHIBIT A

8

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | If you answer I'm going to assume that you |
| 3 | | understood the question; is that fair? |
| 4 | A | Yes. |
| 5 | Q | Sir, you said you have been deposed before; |
| 6 | | is that correct? |
| 7 | A | Yes. |
| 8 | Q | On how many occasions? |
| 9 | A | I'm not certain, three or four. |
| 10 | Q | In connection with the first deposition you |
| 11 | | recall giving, can you tell me what the |
| 12 | | nature of that case was? |
| 13 | A | It was an accounts receivable, accounts |
| 14 | | payable problem. |
| 15 | Q | Was this a personal accounts receivable or |
| 16 | | something else? |
| 17 | A | No. |
| 18 | Q | Was it work related? |
| 19 | A | Yes. |
| 20 | Q | Who were you working for at the time? |
| 21 | A | Data General. |
| 22 | Q | Were you called as a witness on behalf of |
| 23 | | Data General in that case? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Do you remember the name of the case, sir? |
| 2 | A | No, I don't. |
| 3 | Q | Who was saying they were owed money in that |
| 4 | | case? |
| 5 | A | Data General. |
| 6 | Q | Data General was receiving money from whom? |
| 7 | A | I don't recall. |
| 8 | Q | Were you represented by counsel in that case? |
| 9 | A | Yes. |
| 10 | Q | Who was Data General's counsel in that case? |
| 11 | A | I don't recall. |
| 12 | Q | Did you have separate counsel or the same |
| 13 | | counsel? |
| 14 | A | The same counsel. |
| 15 | Q | You don't recall who they were? |
| 16 | A | No, I don't. |
| 17 | Q | Do you know approximately how long ago that |
| 18 | | deposition was taken? |
| 19 | A | Twenty-four years. |
| 20 | Q | When was the next deposition you recall |
| 21 | | giving taken? |
| 22 | A | I don't remember. |
| 23 | Q | Do you recall the substance of that case? |
| 24 | | What was the dispute about? |

| | | |
|---|---|---|
| 1 | A | No, I don't recall the substance of the next |
| 2 | | one. |
| 3 | Q | Do you recall what the case was about at all, |
| 4 | | sir? |
| 5 | A | There were of number of cases. I don't know |
| 6 | | which, what the second one was about. |
| 7 | Q | Do the best that you can and tell me about |
| 8 | | the depositions that you gave. |
| 9 | A | I don't understand the question. |
| 10 | Q | How many depositions did you give, sir? |
| 11 | A | Three or four. My guess. |
| 12 | Q | I'd like you to tell me about the type of |
| 13 | | dispute involved in each of those cases. |
| 14 | A | I can't. I can tell you about some of them. |
| 15 | Q | Tell me about the ones you remember, sir. |
| 16 | A | One was on sexual harassment. |
| 17 | Q | Okay. |
| 18 | A | And one, I was called as a witness in a legal |
| 19 | | dispute between EMC and a re-seller. The |
| 20 | | re-seller, I don't recall. |
| 21 | Q | Now, the sexual harassment case, were you a |
| 22 | | witness or a party in that case? |
| 23 | A | A party. |
| 24 | Q | Were you the plaintiff or the defendant in |

```
 1                 that case?
 2        A        The defendant.
 3        Q        Who was the plaintiff?
 4        A        Mary Pat Finley, F-I-N-L-E-Y, I think.
 5        Q        Did this case arise out of some alleged
 6                 activity in the work place?
 7        A        Yes.
 8        Q        Who were you working for at the time?
 9        A        EMC.
10        Q        Do you recall approximately when this case
11                 was going forward?
12        A        I would guess '93.
13        Q        Were you Ms. Finley's supervisor at the time?
14        A        Direct supervisor, no.
15        Q        Were you in a supervisory relationship
16                 relative to Ms. Finley?
17        A        Yes.
18        Q        Was the case handled at the Massachusetts
19                 Commission Against Discrimination, or had it
20                 been filed in superior court?
21        A        I don't know.
22        Q        Was the case based here in Massachusetts?
23        A        I don't know.
24        Q        Were you deposed in Massachusetts, sir?
```

```
1     A    Yes.
2     Q    Who deposed you?
3     A    I don't recall.
4     Q    Who was your attorney?
5     A    The EMC attorney.
6     Q    And who was that?
7     A    I don't recall.
8     Q    Do you have a copy of your deposition
9          transcript from that case, sir?
10    A    No, I don't.
11    Q    Sir, have you taken any medication today?
12    A    Yes.
13    Q    What medication have you taken?
14    A    I'll show you the list. [Witness checks for
15         list.] I don't have it with me. I'll try to
16         recall. Matropolo, blood pressure medicine,
17         cholesterol medication, Alofurinal,
18         Furosemide, aspirin, iron, vitamin. I think
19         that's everything.
20    Q    What do you take the Matropolo for, sir?
21    A    I don't know.
22    Q    Do you know if it has any effect on your
23         ability to remember information or to
24         understand my questions?
```

| | | |
|---|---|---|
| 1 | A | Nothing that I'm aware of. |
| 2 | Q | Do you know what blood pressure medication |
| 3 | | you're taking? |
| 4 | A | Diovan. |
| 5 | Q | Do you know whether the Diovan has any impact |
| 6 | | on your ability to remember information or |
| 7 | | understand my questions? |
| 8 | A | Don't know. |
| 9 | Q | What cholesterol medication are you taking? |
| 10 | A | Lipitor. |
| 11 | Q | Do you know whether that has any impact on |
| 12 | | your ability to remember information or |
| 13 | | understand my questions? |
| 14 | A | No, I don't. |
| 15 | Q | You said Alofurenal; is that correct? |
| 16 | A | Yes. |
| 17 | Q | What do you take that for? |
| 18 | A | I don't know. |
| 19 | Q | Does that have any impact upon your ability |
| 20 | | to remember information or understand my |
| 21 | | questions? |
| 22 | A | I don't know. |
| 23 | Q | Do you know what you take the Furosemide for? |
| 24 | A | No, I don't. |

| | | |
|---|---|---|
| 1 | Q | Do you know whether that has any impact on |
| 2 | | your ability to remember information or |
| 3 | | understand my questions? |
| 4 | A | No, I don't know. |
| 5 | Q | Sir, are you aware of any other things that |
| 6 | | might prevent you from remembering |
| 7 | | information or from understanding my |
| 8 | | questions today? |
| 9 | A | No, I don't. |
| 10 | | MR. ROUGHSEDGE: He has a hearing |
| 11 | | problem. |
| 12 | | MR. BEELER: I'm sorry? |
| 13 | | MR. ROUGHSEDGE: He has a hearing |
| 14 | | problem. |
| 15 | Q | If you can't hear me, please let me know |
| 16 | | cause I'm happy to speak as loudly as needed, |
| 17 | | but I don't want to yell at you |
| 18 | | unnecessarily. |
| 19 | A | That's fine. |
| 20 | Q | Do you know how that sexual harassment case |
| 21 | | resolved? |
| 22 | A | No, I don't. |
| 23 | Q | Was there a trial? |
| 24 | A | No, there was not. |

```
 1    Q    Have you ever testified in court?
 2    A    Yes.
 3    Q    In connection with what?
 4    A    That accounts receivable, accounts payable.
 5    Q    And that was the first case you told me
 6         about?
 7    A    Correct.
 8    Q    Then there was the Mary Pat Finley sexual
 9         harassment case?
10    A    Correct.
11    Q    Then you indicated there was a case while you
12         were employed in connection with a re-seller;
13         is that right?
14    A    That's correct.
15    Q    Who was the re-seller at issue?
16    A    I believe it was Madison, I think was the
17         name of the company, but I'm not sure.
18    Q    What was the substance of that dispute?
19    A    That Eastern Computer was receiving favorable
20         treatment from EMC.
21    Q    You testified in that case, sir?
22    A    No, I did not.
23    Q    Did you give a deposition in that case?
24    A    Yes, I did.
```

44

| | | |
|---|---|---|
| 1 | | matter. |
| 2 | | MR. BEELER: I'm instructing you not to |
| 3 | | continue to answer my questions, counsel. |
| 4 | | MS. MONAGHAN: You're not being |
| 5 | | deposed. |
| 6 | | MR. ROUGHSEDGE: But I'm here to make |
| 7 | | sure it goes fairly. |
| 8 | | MS. MONAGHAN: If you need to speak |
| 9 | | with your client we can take a break. |
| 10 | | MR. ROUGHSEDGE: I'd appreciate it if |
| 11 | | we only do, as in court, one attorney at a |
| 12 | | time, please. |
| 13 | Q | Earlier we were talking about prior |
| 14 | | depositions that you've given, sir. And |
| 15 | | you've now talked about three matters. Were |
| 16 | | there any others? |
| 17 | A | Not that I can specifically recall, no. |
| 18 | Q | As you sit here today, do you recall any |
| 19 | | other litigation you have ever been involved |
| 20 | | in, ever, as a party or as a witness? |
| 21 | A | I was charged with DUI. Is that the kind of |
| 22 | | thing you mean? |
| 23 | Q | Sure. |
| 24 | A | I have two situations where I was charged |

ELLEN M. FRITCH & ASSOCIATES
617-269-5448

45

```
 1              with DUI.
 2       Q      Were they here in Massachusetts?
 3       A      One was.
 4       Q      When did that happen?
 5       A      I think '91.
 6       Q      Any other civil or criminal matters you have
 7              ever been involved in as either a party or a
 8              witness?
 9       A      In Florida in, I think, '97.
10       Q      What were you involved in?
11       A      Same thing, DUI.
12       Q      Anything else?
13       A      Not that I can recall.
14       Q      Since leaving EMC how often have you seen
15              Bill Raftery?
16       A      Fifteen, twenty times, maybe more. I'm not
17              sure.
18       Q      Since leaving Eastern how often are you seen
19              Bill Raftery?
20       A      Once or twice.
21       Q      And when did you last speak with Bill
22              Raftery?
23       A      I spoke with him about a week ago.
24       Q      How did you speak with him, in person or on
```

| | | |
|---|---|---|
| 1 | | with DUI. |
| 2 | Q | Were they here in Massachusetts? |
| 3 | A | One was. |
| 4 | Q | When did that happen? |
| 5 | A | I think '91. |
| 6 | Q | Any other civil or criminal matters you have |
| 7 | | ever been involved in as either a party or a |
| 8 | | witness? |
| 9 | A | In Florida in, I think, '97. |
| 10 | Q | What were you involved in? |
| 11 | A | Same thing, DUI. |
| 12 | Q | Anything else? |
| 13 | A | Not that I can recall. |
| 14 | Q | Since leaving EMC how often have you seen |
| 15 | | Bill Raftery? |
| 16 | A | Fifteen, twenty times, maybe more. I'm not |
| 17 | | sure. |
| 18 | Q | Since leaving Eastern how often are you seen |
| 19 | | Bill Raftery? |
| 20 | A | Once or twice. |
| 21 | Q | And when did you last speak with Bill |
| 22 | | Raftery? |
| 23 | A | I spoke with him about a week ago. |
| 24 | Q | How did you speak with him, in person or on |