UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK M. KEANEY, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>EASTERN COMPUTER EXCHANGE, )<br>INC., a corporation, BRENDAN LYNCH, )<br>an individual, and BARRY WILLIAMS, an )<br>individual )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:03CV1893 (RNC)<br><br><br>DECEMBER 15, 2006 |

**Defendants' Motion in Limine to Limit Preclude the Introduction or Use of Irrelevant Materials from the Case of *Madison Remarketing v. EMC***

The Defendants respectfully move this Honorable Court in limine to preclude the introduction or use of irrelevant materials from the case of Madison Remarketing v. EMC.

In support of this motion, the Defendants submit a memorandum of law.

Respectfully submitted,
The Defendants,
Brendan Lynch and Barry Williams,

By _____
Ann Grunbeck Monaghan
Federal Bar No.: ct16745
Gould, Gillin & Monaghan, P.C.
205 Old Boston Post Road
P.O. Box 524
Old Saybrook, CT 06475
(860) 388-0876 (T)
(860) 388-2642 (F)

Jeffrey S. Beeler (ct 26235)
(Admitted Pro Hac Vice)
Heinlein & Beeler, P.C.
207 Union Street
S. Natick, MA 01760
(508) 655-8700 (T)
(508) 655-2700 (F)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANK M. KEANEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTERN COMPUTER EXCHANGE, )<br>INC., a corporation, BRENDAN LYNCH, )<br>an individual, and BARRY WILLIAMS, an )<br>individual )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.: 3:03CV1893 (RNC)<br><br><br><br><br><br>DECEMBER 15, 2006 |

### Defendants' Memorandum in Support of Their Motion in Limine to Preclude the Introduction or Use of Irrelevant Materials from *Madison Remarketing v. EMC*

The Defendants respectfully submit ths memorandum in support of their motion in limine to preclude the introduction or use of irrelevant materials from the case of <u>Madison Remarketing v. EMC</u>.

### Argument

In Keaney's list of Exhibits, it appears that he intends to offer the complete deposition transcripts of Keaney, Lynch and Williams from the case of <u>Madison Remarketing v. EMC</u> into evidence. In the <u>Madison</u> case, the parties were deposed as non-party, fact witnesses in a case brought by one of ECEI's direct competitors against EMC, one of ECEI's biggest suppliers, seeking information about how ECEI operated. As indicated in the prior motion in limine filed with the Court, William Raftery, one of Mr. Keaney's closest friends at EMC, provided the deposition transcripts to Keaney as a prelude to this suit in direct contradiction to Magistrate Judge Fox's

confidentiality/protective order limiting the use and dissemination of said transcripts. Throughout this case, the Plaintiff has focused on those portions of the <u>Madison</u> transcripts relating to the "ownership" of ECEI. Now, the Plaintiff wants to introduce the entire transcripts. This should not be allowed for three reasons. First, the use of the content of these depositions would likely mislead and confuse the jury on matters wholly irrelevant to this litigation. Indeed, it may result in the trial of the <u>Madison</u> case within this case, should the Plaintiff try to make alleged, unproven misconduct in <u>Madison</u> work to his advantage in this case. Second, delving into such depositions would be a waste of this Court's time and resources. Third, should these depositions be allowed at all,[1] they should only be allowed in for impeachment purposes and should be limited to the reading of the sections of these depositions related to the "ownership" issue, as contemplated by Fed. R. Evid. 32.

For these reasons, the complete transcripts from these depositions should not be permitted.

Respectfully submitted,
The Defendants,
Brendan Lynch and Barry Williams,

By _/s/ A. G. Monaghan_
Ann Grunbeck Monaghan
Federal Bar No.: ct16745
Gould, Gillin & Monaghan, P.C.
205 Old Boston Post Road
P.O. Box 524
Old Saybrook, CT 06475
(860) 388-0876 (T)
(860) 388-2642 (F)

---

[1] The Defendants intend to renew their objection to the use of these depositions at trial given Magistrate Fox's orders applicable to their production and the apparent violation of those orders.

Jeffrey S. Beeler (ct 26235)
(Admitted Pro Hac Vice)
Heinlein & Beeler, P.C.
207 Union Street
S. Natick, MA 01760
(508) 655-8700 (T)
(508) 655-2700 (F)